THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISAIAS PERALTA,<br><br>                Plaintiff,<br><br>    v.<br><br>CAPTAIN HARDLY,<br><br>                Defendant. | Case No. C10-1658-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's 42 U.S.C. § 1983 complaint, the Report and Recommendation of United States Magistrate Judge James P. Donohue, and Plaintiff's objections. The Court reviewed de novo those portions of a magistrate judge's report or specified proposed findings or recommendations to which Plaintiff objected. *See* 28 U.S.C. § 636(b)(1). Plaintiff's objections do not, however, address the merits of the Report and Recommendation, namely, Plaintiff's failure to abide by several deadlines imposed by the Court and Plaintiff's failure to state a claim on which relief may be granted. Accordingly, the Court ORDERS the following:

1. The Court ADOPTS the Report and Recommendation.

2. The Court DISMISSES Plaintiff's complaint with prejudice for failure to state a claim on which relief may be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B)(ii); 1915A(b)(1).

3. This dismissal constitutes a STRIKE under 28 U.S.C. § 1915(g).

4. The Court DIRECTS the Clerk of Court to send copies of this Order to Plaintiff and to Magistrate Judge James P. Donohue.

DATED this 16th day of March 2011.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER, C10-1658-JCC
PAGE - 2